IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHYLLIS FLINT**                                                                                         **PLAINTIFF**

v.                                   **Case No. 4:23-cv-00001-JM**

**MARK AVINGTON,**
**YOUTUBER MONEYBOY TR3Y**                                           **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 15th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE